UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JEFF McINDOO et al., | No. SA MC 15-0019-JLS (DFMx) |
| Petitioners, | |
| v. | Order Accepting Report and Recommendation of United States Magistrate Judge |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the motion to dismiss, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Neither party has filed any written objections to the Report.

IT IS HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation is approved and accepted.

2. The government's motion to dismiss is granted.

///

///

///

3. The petition to quash the IRS summonses is denied and the third parties are directed to produce all requested documents.

4. Judgment shall be entered dismissing this action with prejudice.

Dated: April 19, 2016

_____
JOSEPHINE L. STATON
United States District Judge