JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| JEFF McINDOO et al., | ) | No. SA MC 15-0019-JLS (DFMx) |
| Petitioners, | ) ) ) | JUDGMENT |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) ) ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: April 19, 2016

JOSEPHINE L. STATON
United States District Judge